UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 1052 |
| v. | ) | |
| | ) | Honorable Virginia M. Kendall |
| LEO STOLLER | ) | |

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
LIMITING DISCLOSURE OF PERSONAL IDENTIFYING INFORMATION

The United States, by and through its attorney, PATRICK J. FITZGERALD, hereby moves this Court to enter a protective order allowing the government to provide the defendant with personal identifying information related to the above-captioned case. In support of this motion, the government states as follows:

1. On December 15, 2010, a federal grand jury returned a nine-count indictment charging the defendant with bankruptcy fraud, in violation of 18 U.S.C. § 152.

2. This Court has ordered the parties to complete their Rule 16.1 conference on or before February 2, 2011. The government primarily intends to satisfy that obligation by transmitting to the defendant, in electronic format, copies of numerous records that relate directly to the charges in the indictment.

3. Included among the records that the government intends to disclose to the defendant are various records (primarily financial records) that may contain the personal identifying information of various individuals. That personal identifying information includes one or more types of personal identifying information listed at Federal Rule of Criminal Procedure 49.1(a), namely, social security numbers, years of birth, financial account information and home address information.

4.  In order to protect the confidentiality of those individuals whose personal identifying information is set forth in the subject discovery, the government hereby moves for a protective order that prohibits the defendant and his attorney from disclosing any personal identifying information, as described at Federal Rule of Criminal Procedure 49.1(a), except to the following persons: (1) the defendant; (2) any agents and employees of defendant's attorney; and (3) any other person only upon the Court's prior consent. The protective order should also provide that any other persons to whom the information is disclosed are likewise prohibited from making any further disclosure and that defendant and/or his attorney shall make such persons aware of the protective order prior to providing the person with the personal identifying information.

5.  On January 19, 2011, the undersigned transmitted a draft copy of this motion and the proposed order granting this motion to defendant's counsel, John F. Murphy of the Federal Defender Program. In addition, the undersigned has left multiple voice mail for Mr. Murphy asking for the defendant's position on this motion. The government has not yet received the defendant's position with regard to the granting of this motion.

WHEREFORE, the government respectfully requests that this motion be granted and that this Court enter the agreed protective order as provided herein.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/ Timothy J. Chapman
        TIMOTHY J. CHAPMAN
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        Phone: (312) 353-1925
        Fax: (312) 353-4324