UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEO STOLLER | Case No. 10 CR 1052<br>Virginia M. Kendall<br>District Judge |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

        Name: LEO STOLLER
        Year of Birth: 1946
        Sex: Male
        Race: Caucasian
        Jail/Prisoner #: 2011-0126031

has been and now is, in due process of law, incarcerated in the following institution:

        Cook County Department of Corrections
        2700 South California Avenue
        Chicago, Illinois

and that said defendant has been alleged to have violated the terms of his pretrial release in the above-captioned matter by virtue of having committed another state offense, and that said defendant should appear in this case in the United States District Court at 1:30 p.m., on February 10, 2011, for a preliminary revocation hearing before this Court, in the courtroom usually occupied by this Court in the United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

DARRYL K. McPHERSON
United States Marshal
Northern District of Illinois
219 South Dearborn Street
Room 2444 - Federal Building
Chicago, Illinois 60604

THOMAS DART
Sheriff
Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before District Judge Virginia M. Kendall, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosecuendum directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

VIRGINIA M. KENDALL
District Judge

DATED at Chicago, Illinois

this ___7___ day of February, 2011.