

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 10 CR 1052 |
| v. ) | |
| ) | Honorable Virginia M. Kendall |
| LEO STOLLER ) | |

## PROTECTIVE ORDER LIMITING THE DISCLOSURE OF
## PERSONAL IDENTIFYING INFORMATION

Upon review and consideration of the "Government's Motion for Protective Order Limiting Disclosure of Personal Identifying Information" filed on January 27, 2011, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

A. The defendant in the above-captioned matter, and his attorney, shall not further disclose any personal identifying information, as described at Federal Rule of Criminal Procedure 49.1(a), set forth in discovery materials made available to the defendants by the government, except to the following persons: (1) the defendant; (2) any agents and employees of defendant's attorney; and (3) any other person only upon the Court's prior consent.

B. Prior to making a further disclosure, the defendant and his attorney shall make such recipients aware of this protective Order prior to providing the recipient with any of the personal identifying information.

C.	Any recipient of personal identifying information pursuant to this Order shall also be prohibited from making any further disclosure of such personal identifying information without the prior permission of this Court.

SO ORDERED AND ENTERED:

Dated: 2-7-11

VIRGINIA M. KENDALL
United States District Judge