# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:10–cr–01052
                                              Honorable Virginia M. Kendall

Leo Stoller

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 30, 2011:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Leo Stoller, Status hearing held on 6/30/2011. Pretrial motions by 8/22/2011. Responses by 9/5/2011. Replies by 9/12/2011. Santiago Proffer, 404B, proposed jury instructions and motions in limine by 12/16/2011. Any challenges by 12/30/2011. Pretrial Conference set for 12/29/2011 at 10:00 AM. Jury Trial set for 1/9/2012 at 09:15 AM. Time is hereby excluded to 1/9/2012 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.