UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 1052 |
| v. | ) | |
| | ) | Honorable Virginia M. Kendall |
| LEO STOLLER | ) | |

NOTICE OF MOTION

To: Counsel for Leo Stoller
John F. Murphy, Esq.
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, Illinois 60603
[BY CM/ECF]

    PLEASE TAKE NOTICE that on Wednesday, November 30, 2012, at 1:30 p.m., the undersigned will appear before the Honorable Virginia M. Kendall in Courtroom 1019 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present in the above-captioned matter the GOVERNMENT'S UNOPPOSED MOTION FOR MUTUAL EARLY RETURN OF TRIAL SUBPOENAS, a copy of which will be separately served upon you.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:   s/ Timothy J. Chapman
    TIMOTHY J. CHAPMAN
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    Phone: (312) 353-1925
    Fax: (312) 353-4324