```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3    UNITED STATES OF AMERICA,       )  Docket No. 10 CR 1052
                                      )
 4                  Plaintiff,        )  Chicago, Illinois
                                      )  February 6, 2013
 5           v.                       )  10:29 a.m.
                                      )
 6    LEO STOLLER,                    )
                                      )
 7                  Defendant.        )

 8
                   TRANSCRIPT OF PROCEEDINGS - Status
 9             BEFORE THE HONORABLE VIRGINIA M. KENDALL

10
      APPEARANCES:
11
      For the Government:     MR. GARY S. SHAPIRO
12                            Acting United States Attorney, by
                              MR. PATRICK MCKENNA
13                            Assistant United States Attorney
                              219 South Dearborn Street
14                            5th Floor
                              Chicago, Illinois 60604
15
      For the Defendant:      MEYER & O'CONNOR LLC by
16                            MR. JOHN A. MEYER
                              135 South LaSalle Street
17                            Suite 3300
                              Chicago, Illinois  60603-4134
18

19

20

21

22    Court Reporter:         GAYLE A. McGUIGAN, CSR, RMR, CRR
                              Federal Official Court Reporter
23                            219 South Dearborn, Room 2318-A
                              Chicago, Illinois 60604
24                            (312) 435-6047
                              Gayle_McGuigan@ilnd.uscourts.gov
25
```

1       (In open court.)

2             THE CLERK:  10 CR 1052, the United States versus Leo
3    Stoller for status.

4             THE COURT:  Good morning.

5             MR. MEYER:  Good morning, your Honor.  John Meyer for
6    Leo Stoller, who is present in court this morning.

7             MR. McKENNA:  Good morning, your Honor.  Patrick
8    McKenna for the United States, stepping up for Timothy Chapman.

9             THE COURT:  Okay.  Good morning.  I believe the last
10   time I saw you, we were concerned about Mr. Stoller's health.

11            MR. MEYER:  Yes, Judge.  There's two issues pending.
12   One is an examination for competency at the time he entered his
13   plea.  In that regard, the Court approved -- and it was also
14   approved by the Court of Appeals -- the appointment of a
15   psychiatric or psychological expert to evaluate Mr. Stoller,
16   and Mr. Stoller has not yet set an appointment for the
17   evaluation, but he informs me he will do that this week.

18            On the second issue as far as Mr. Stoller's medical
19   condition, he, as we explained last time in court, he has a
20   tumor.  He needs surgery to remove it.  That surgery is
21   scheduled for next Monday, February 11th.  Mr. Stoller expects
22   to be hospitalized for two to four days, and then he'll need a
23   period of recovery after that.  And then after that, he'll need
24   to meet with the psychologist and complete the examination.

25            So if I could suggest a status in 60 days, we'll know

1    where we stand as far as the competency evaluation and
2    Mr. Stoller's prognosis following the surgery.
3             THE COURT:  Okay.  I have a few questions.
4             Do we have a psychiatrist appointed by name?
5             MR. MEYER:  Yes.  It's Robert Heilbronner.
6             THE COURT:  Okay.
7             MR. MEYER:  H-E-I-L-B-R-O-N-N-E-R.
8             THE COURT:  Okay.
9             MR. MEYER:  I think -- I'm not sure on the first name.
10   I think it is Robert.
11            THE COURT:  Is that Isaac Ray, is that --
12            MR. MEYER:  No, it's not Isaac Ray.  He's an
13   independent psychologist.
14            THE COURT:  Independent.  Okay.  After -- and after
15   the surgery, is Mr. Stoller going to need to go through some
16   kind of chemo or radiation?
17            MR. MEYER:  They have not determined whether the tumor
18   is malignant yet, so that will be part of the -- following the
19   surgery, they'll do the appropriate evaluation of the tumor and
20   determine whether it's malignant or not.
21            THE COURT:  Okay.
22            MR. MEYER:  And then, of course, if it is, I assume it
23   would be -- there would be further radiation and/or
24   chemotherapy.
25            THE COURT:  Okay.  And so the surgery, which is

1  scheduled for Monday, and then the hospitalization, you believe
2  that in the 60-day period he will actually be able to go after
3  that to report to the psychologist for his review?
4       MR. MEYER:  I'm expecting -- I mean, it's all going
5  to -- I will consult with Mr. Stoller after the surgery, and
6  I'm assuming that he will, you know, within 20 to 30 days be in
7  a position where he can participate in the psychological
8  evaluation.  But, I mean, if your Honor just wants to set a
9  status for 30 days, then, you know, we could further inform the
10 Court on the surgery.
11      THE COURT:  Right.  I kind of want to keep a tighter
12 reign on it so we find out exactly what's happening.  Now, if
13 he's too ill or whatever based upon his medical condition after
14 the surgery to see us at that time, at least you could report
15 to me.
16      MR. MEYER:  I can, Judge.
17      THE COURT:  Okay.
18      MR. MEYER:  And I will.
19      THE COURT:  So let's go four weeks out from today --
20 make it five weeks out from today.
21      THE CLERK:  March 13th, Judge.
22      THE COURT:  And I'll do that at 9:30 for a status.
23 And I'm going to exclude time based upon the competency
24 evaluation that's pending.
25      Do you have any objection to that?

1           MR. MEYER:  Since a plea has already been entered --
2           THE COURT:  Oh, of course.  We're talking about
3  whether or not it should be revoked, right?  Okay.
4           MR. MEYER:  So that was March 13th at what time, your
5  Honor?
6           THE COURT:  9:30.
7           MR. MEYER:  9:30.  Thank you.
8           THE COURT:  Anything from the government on that?
9           MR. McKENNA:  No, your Honor.  We're amenable to that.
10          THE COURT:  Thank you.
11          MR. MEYER:  Thank you.
12          THE COURT:  Good luck, Mr. Stoller.
13          THE DEFENDANT:  Thank you.
14     (Proceedings concluded.)
15                        C E R T I F I C A T E
16    I certify that the foregoing is a correct transcript of the
17  record of proceedings in the above-entitled matter.
18
19
    */s/ GAYLE A. McGUIGAN*                    *August 19, 2013*
20  Gayle A. McGuigan, CSR, RMR, CRR                    Date
    Official Court Reporter
21
22
23
24
25