```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )  Docket No. 10 CR 1052
                               )
       vs.                     )
                               )
LEO STOLLER,                   )  Chicago, Illinois
                               )  October 26, 2012
            Defendant.         )  9:09 a.m.


            TRANSCRIPT OF PROCEEDINGS - Status
        BEFORE THE HONORABLE REBECCA R. PALLMEYER


APPEARANCES:


For the Plaintiff:     HON. GARY S. SHAPIRO
                       ACTING UNITED STATES ATTORNEY
                       BY:  MR. TIMOTHY J. CHAPMAN
                       219 South Dearborn, 5th Floor
                       Chicago, Illinois  60604


For the Defendant:     MEYER & O'CONNOR, LLC
                       BY:  MR. JOHN A. MEYER
                       135 South LaSalle Street, Suite 3300
                       Chicago, Illinois  60603





Court Reporter:        FRANCES WARD, CSR, RPR, FCRR
                       Official Court Reporter
                       219 S. Dearborn Street, Suite 2118
                       Chicago, Illinois  60604
                       (312) 435-5561
                       frances_ward@ilnd.uscourts.gov
```

```
 1              THE CLERK:  10 CR 1052, United States versus Leo
 2   Stoller for status.
 3              MR. CHAPMAN:  Good morning, your Honor.
 4              Timothy Chapman for the United States.
 5              THE COURT:  Good morning.
 6              MR. MEYER:  Good morning, your Honor.
 7              John Meyer.  I was contacted by the Federal
 8   Defender program concerning representation of Mr. Stoller.
 9   It's my understanding that Mr. Murphy of the Federal Defender
10   program was granted leave to withdraw earlier.  So I would
11   tender to the Court my appointment form and appearance and
12   ask that appointment be made *nunc pro tunc* to October 23rd.
13              (Documents tendered.)
14              THE COURT:  All right.  I am happy to appoint
15   Mr. Meyer to substitute for Mr. Murphy.
16              Mr. Stoller, I don't have before me a recent
17   financial affidavit.  So I will ask Mr. Murphy to help you
18   prepare that and submit it to the Court.
19              THE DEFENDANT:  Thank you, Judge.
20              THE COURT:  Now, we have sentencing set for this
21   coming Monday.
22              Mr. Meyer, will you be prepared to proceed on that
23   date?
24              MR. MEYER:  No, Judge.  In fact, in talking with
25   Mr. Murphy and Mr. Stoller, it's my understanding that
```

1  Mr. Stoller is contemplating a motion to withdraw his plea of
2  guilty. And so in that regard, so I can make an accurate
3  assessment of whether a motion should be filed, I am going to
4  ask the Court to authorize the transcript of the Rule 11
5  hearing, which occurred on April 13th before Judge Kendall.
6  And I will tender to the Court the authorization form for
7  that transcript.
8      (Document tendered.)
9      THE COURT: Sure. So, in other words, you want
10 that transcribed.
11     MR. MEYER: Yes, Judge.
12     THE COURT: That's fine. It normally doesn't take
13 any more than 30 days. It might be available to us in less
14 time than that, but perhaps we should set a status about 30
15 days from now.
16     MR. MEYER: Yes, Judge. Maybe 40 days in case it
17 does take 30 days because I would like the opportunity to
18 review the transcript with Mr. Stoller --
19     THE COURT: Sure.
20     MR. MEYER: -- before making a decision in this
21 regard.
22     THE COURT: Okay. Today is October 26th. So if we
23 put this out for about 30 days, we are at the end of
24 November. Why don't we set a status for maybe December 10th.
25     Is that date all right for the government?

1        MR. CHAPMAN:  Works for the government, Judge.
2        MR. MEYER:  That's fine, Judge.
3        THE COURT:  That's a Monday.  We will say at 9:00
4   o'clock.
5        MR. MEYER:  Fine.
6        THE COURT:  All right.  Any reason to adjust the
7   current bond conditions?
8        MR. CHAPMAN:  Not from the government's
9   perspective, Judge.
10       MR. MEYER:  Not from the defendant's either, Judge.
11       THE COURT:  All right.  I will see you on December
12  10th.
13       MR. CHAPMAN:  Thank you.
14       MR. MEYER:  Judge, could I have the transcript
15  form?  I will deliver it to --
16       THE COURT:  Right.  You need them both actually.
17       MR. MEYER:  -- Judge Kendall's court reporter.
18       THE COURT:  To Judge Kendall's court reporter.
19       All right.
20       MR. MEYER:  Thank you.
21       THE COURT:  Thank you.
22                  *    *    *    *    *
23  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
24
25  /s/ Frances Ward                        September 11, 2013.
    Official Court Reporter - F