**EXHIBIT G**

## John Meyer

**From:** Aaron Penna [arpenna1@gmail.com]
**Sent:** Monday, December 23, 2013 12:03 AM
**To:** jmeyer@meyeroconnor.com
**Subject:** Re: Leo Stoller

Mr. Meyer,

I am writing concerning the proceeding in McHenry County. The finding of contempt was *vacated*, making it a legal nullity. Besides that, Mr. Stoller was simply not involved. It had to do with the inability of my attorney to attend the hearing due to a conflict in schedule.

Aaron Penna

1